UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR BROWN,

                        Plaintiff,

    -v-

DARTMOUTH CO-COPERATIVE SOCIETY, INC.,

                        Defendant.

23 Civ. 1568 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 4, 2023, at which date defendant's deadline to answer had passed and no answer had been filed, the Court ordered plaintiff to show cause by May 16, 2023 as to why the above-captioned action should not be dismissed for failure to prosecute. Dkt. 9. On May 4, 2023, defendant answered. Dkt. 10. Accordingly, there is no longer a need for plaintiff to show cause by May 16. This case will proceed under Judge Gorenstein's capable pretrial supervision.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 5, 2023
       New York, New York

1